

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ISAIAS MARTINEZ, | § | No. 08-14-00170-CV |
| Appellant, | § | Appeal from the |
| v. | § | 65th District Court |
| LAURA GONZALEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2010CM5553) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **January 27, 2015.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ray Gutierrez, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before January 27, 2015.

IT IS SO ORDERED this 30th day of December, 2014.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.